

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-11-00496-CV

Abel M. **SILLER**, Enriqueta Siller, Mario M. Siller, Angelina Siller, Santiago Siller, and Virginia Siller,
Appellants/Cross-Appellees

v.

**LPP MORTGAGE, LTD**,
Appellee/Cross-Appellant

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 02-04-00020-CVL
Honorable Fred Shannon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellants Abel M. Siller, Enriqueta Siller, Mario M. Siller, Angelina Siller, Santiago Siller, and Virginia Siller.

SIGNED April 10, 2013.

_Karen Angelini_
Karen Angelini, Justice